UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 07-0779 LJO SMS |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| APPROXIMATELY $228,218.65 IN U.S. CURRENCY, et. al., | |
| Defendants. / | |

Counsel for plaintiff United States of America informed the Court that the above-captioned case has settled. Pursuant to this Court's Local Rule 16-160 and at plaintiff's request, this Court ORDERS the parties, no later than December 17, 2007, to file papers to dismiss this action in its entirety.

This Court VACATES all court dates and pending matters, including the November 13, 2007 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 16-160 and 16-272.

IT IS SO ORDERED.

**Dated:   November 1, 2007**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE