UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>APPROXIMATELY $228,218.65 in United States Currency, etc.,<br><br>        Defendant(s).<br>_____/ | 1:07-cv-00779-LJO-SMS<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 23)<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** (Doc. 17)<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT FOR PLAINTIFF AND AGAINST DEFENDANT** |

    Plaintiff is proceeding with a forfeiture action in this Court.  The matter has been referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(19).

    On January 14, 2008, the Magistrate Judge filed Findings and a Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendation.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the

1

1  entire file, the Court finds the Findings and Recommendation to
2  be supported by the record and by proper analysis.
3      Accordingly, IT IS HEREBY ORDERED that:
4      1.  The Findings and Recommendation, filed January 14,
5  2008, are ADOPTED IN FULL;
6      2.  Plaintiff's motion for default judgment, filed December
7  11, 2007, is GRANTED;
8      3.  Plaintiff is entitled to, and the Clerk is directed to
9  enter, judgment as follows:
10         (A)  The interest/s of Martin Espana-Villasenor in the
11 Defendant property are condemned and forfeited to the United
12 States of America;
13         (B)  The right, title, and interest of potential
14 claimant Martin Espana-Vilasenor in the Defendant property are
15 forfeited to the United States of America pursuant to 18 U.S.C.
16 § 981(a)(1)(C) and 31 U.S.C. § 5317(c)(2), and are vested in the
17 United States;
18         (C)  All persons claiming any right, title, or interest
19 in or to the Defendant property have defaulted and no longer have
20 any right, title, or interest in the Defendant property
21 whatsoever; and,
22     4.  The Clerk of Court enter final judgment of forfeiture
23 for Plaintiff that vests in the United States of America all
24 right, title, and interest in the Defendant property.
25
26 IT IS SO ORDERED.
27 **Dated:   February 20, 2008**          **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE
28