1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant U.S. Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                | 1:07-CV-00779-LJO-SMS
12 |         Plaintiff,                        |
13 |     v.                                    | **DEFAULT JUDGMENT OF FORFEITURE AND FINAL JUDGMENT OF FORFEITURE**
14 | APPROXIMATELY $228,218.65 IN U.S.         |
   | CURRENCY SEIZED FROM UNION                |
15 | BANK OF CALIFORNIA ACCOUNT                |
   | NUMBER XXXXXX-3027 HELD IN THE            |
16 | NAME OF PWS INVESTMENTS, INC.,            |
17 |         Defendant.                        |
18

19         This matter is before the Court on plaintiff United States' *Ex Parte* Application for Default

20 Judgment filed December 11, 2007. The Magistrate Judge has recommended that Plaintiff's motion

21 for default judgment be granted. The time for objecting to the Findings and Recommendation Re:

22 Plaintiff's Motion for Default Judgment of the Magistrate Judge has passed and no timely objections

23 have been filed. An Order Adopting Findings and Recommendation, Order Granting Motion for

24 Default Judgment, and Order Directing Clerk to Enter Judgment for Plaintiff and Against Defendant

25 was filed on February 21, 2008. Based on the Magistrate Judge's Findings and Recommendation

26 Re: Plaintiff's Motion for Default Judgment, the Order Adopting Findings and Recommendation,

27 Order Granting Motion for Default Judgment, and Order Directing Clerk to Enter Judgment for

28 Plaintiff and Against Defendant, and the files and records of the Court, it is

ORDERED AND DECREED:

1. After a *de novo* review, the Court adopts the Magistrate Judge's January 14, 2008 Findings and Recommendation in full.

2. Martin Espana-Villasenor is held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendant approximately $228,218.65 in U.S. Currency Seized from Union Bank of California Account Number XXXXXX-3027 Held in the Name of PWS Investments, Inc. of Martin Espana-Villasenor and all other potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the defendant approximately $228,218.65 in U.S. Currency Seized from Union Bank of California Account Number XXXXXX-3027 Held in the Name of PWS Investments, Inc. to the United States of America, to be disposed of according to law, including all right, title, and interest of Martin Espana-Villasenor and Claimant Maria Sandoval de Espana.

5. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:  April 1, 2008**                    /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE